1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANDEEP SINGH, | Case No. 1:24-cv-01275-KES-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| EMILIA BARDINI, et al., | (ECF No. 6) |
| Defendants. | |

On October 18, 2024, Plaintiff initiated this immigration action claiming that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on a pending asylum application. (ECF No. 1.) An initial scheduling conference is currently scheduled for April 8, 2025. (ECF No. 3.)

On December 27, 2024, the parties filed a stipulated request for an extension of time for Defendants to respond to the complaint. (ECF No. 6.) The parties proffer that USCIS is taking steps to resolve this matter and the parties anticipate this action will be rendered moot once USCIS completes its adjudication of Plaintiff's application. Therefore, the parties request that Defendants' deadline to file an answer or otherwise respond to the complaint be extended to February 25, 2025.

/ / /

/ / /

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall have through **February 25, 2025**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:  __**December 30, 2024**__

_____
STANLEY A. BOONE
United States Magistrate Judge