# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANDEEP SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>EMILIA BARDINI, et al.,<br><br>  Defendants. | Case No. 1:24-cv-01275-KES-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER<br><br>(ECF No. 8) |

Before the Court is the parties' stipulation to extend the time in which Defendants may file their answer.[1] For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through March 3, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **February 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes that this is Defendants second extension of time. (Compare ECF No. 6 with ECF No. 8.) Going forward, counsel should make sure to check the accuracy of their filings in compliance with Federal Rule of Civil Procedure 11. Furthermore, it has not gone unnoticed that Defendants were to answer on February 25, 2025, but the parties' stipulation was filed at 8:00 a.m. on February 26, 2025. Should Defendants miss a further deadline, the Court will issue an order to show cause and will consider imposing sanctions.