# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANDEEP SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01275-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF Nos. 10, 11) |

      On March 6, 2025, an order issued requiring Defendants to show cause for their failure to comply with a Court order and file an answer or responsive pleading. (ECF No. 10.) The same day, counsel for Defendants filed a response explaining that the parties had intended (and agreed upon) an additional 30-day extension—i.e., to March 27, 2025, not the March 3, 2025 deadline that was mistakenly provided to the Court in the parties' stipulation. (ECF No. 11.) Counsel for Defendants asserts he takes full responsibility for the failure to catch the clerical error in both the drafting of the stipulation and upon entry of the Court's order granting the stipulation. (Id.) Defendants request that the order be discharged and that the correct deadline to file an answer or responsive pleading be extended to March 27, 2025, in accord with the parties' intention. (Id.) Based on the representations by counsel, the Court finds good cause to discharge the order to show cause and to extend Defendants' deadline to respond to March 27, 2025 without the need for a corrected stipulation.

Accordingly, the IT IS HEREBY ORDERED that:

1. The March 6, 2025 order to show cause (ECF No. 11) is DISCHARGED; and
2. Defendants shall have through March 27, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **March 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2