# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANDEEP SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>EMILIA BARDINI, et al.,<br><br>  Defendants. | Case No. 1:24-cv-01275-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 13) |

      Plaintiff commenced this action on October 18, 2024. (ECF No. 1). On March 12, 2025, Plaintiff filed a notice of voluntary dismissal of the entire action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 13.)

      "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, no defendant has filed an answer, other responsive pleading, or motion for summary judgment.

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **March 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge